JAMES É. BUDLONG, Respondent, *v.* ROBERT F. WEST-COTT, as President, etc., Appellant.

This was an appeal from a judgment, entered on a verdict rendered in favor of the plaintiff, and from an order denying a motion for a new trial, made on the minutes and certain affidavits claiming to set forth newly discovered evidence.

The action was brought to recover $5,000 damages, claimed for injuries to plaintiff from being run against by a vehicle of defendant, through the negligence of the driver, while the plaintiff was crossing South street, over the cross-walk from Fulton Market to Fulton Ferry, New York.

The court, after reviewing the evidence, was of opinion that the verdict was against the weight of evidence, and granted a new trial, with costs to abide the event.

*Luke A. Lockwood*, for the appellant.

*E. New*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment and order reversed, and new trial granted, with costs to abide the event.